# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK GROETEKA,

         Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

         Defendant.

Civil No. 17-cv-493-JGP-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Mark Groeteka and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED: February 26, 2018

         **JUSTINE FLANAGAN,**
         **Acting Clerk of Court**

         **BY: s/Tina Gray**
               **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**U.S. District Judge**